# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**V.**                     **CASE NO. 4:20-CR-292-BRW-6**

**SANDY GARDNER, III**                                                    **DEFENDANT**

## **ORDER**

On October 16, 2020, Defendant Sandy Gardner, III appeared with counsel Darrell Brown for a plea and arraignment hearing. The Government was represented by Assistant United States Attorney Kristin Bryant.

The Government sought pre-trial detention, but the parties were not prepared to go forward with an immediate bond hearing. Mr. Gardner is remanded to the custody of the United States Marshal pending a bond hearing, which will be set as soon as counsel are ready. Mr. Gardner must be afforded a reasonable opportunity to consult privately with defense counsel.

IT IS SO ORDERED, this 16th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE